**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>LELAND NEAL LAPIER,<br><br>Defendant. | **Case No. CR-26-10-GF-BMM**<br><br>**AMENDED ORDER** |

Trial in this case is currently set for September 22, 2026. (Doc. 31.) The Court conducted a telephonic status call on September 9, 2026. (Doc. 77.) During the telephonic status call on September 9, 2026, the Government agreed to a continuance of the September 22, 2026 trial to October 13, 2026. The Defense had previously objected to a continuance of the trial. (Doc. 52.)

A district court may continue a trial and exclude the time period of the continuance from the calculation of the speedy trial date when "the ends of justice served by [the continuance] outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. §3161(h)(7)(A).

The Court must balance four factors in evaluating speedy trial claims:

length of delay, the reason for the delay, the defendant's assertion of his right, and prejudice to the defendant. *Barker v. Wingo*, 407 U.S. 514, 530 (1972). The Government charged Defendant Leland Neal Lapier (Lapier) by Superseding Indictment on September 2, 2026. (Doc. 63.)

Lapier has not yet asserted a speedy trial claim. The Court will consider fully any claim submitted by Lapier, including any prejudice to him resulting from the delay, at the appropriate time. Any prejudice to Lapier seems manageable at this point.

Lapier is charged with Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation Title 21 U.S.C. §§ 846 and 851; Possession with Intent to Distribute Methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(l) and 851. The crimes allegedly occurred beginning in or before 2020 and continuing through February 2026, in Cascade County in the State and District of Montana. If convicted, Lapier faces a potential sentence of life in prison.

A continuance of the trial is appropriate under 18 U.S.C. §§3161(h)(7)(A), (B)(I) and (B)(ii). The ends of justice served by a continuance outweighs the interests of the Defendant and the public in a speedy trial. The failure to grant a continuance would deny the parties the reasonable time necessary for effective

trial preparation, resulting in a potential miscarriage of justice. Accordingly,

**IT IS HEREBY ORDERED** that the final pretrial conference and jury trial set for September 22, 2026 are **VACATED.** The following schedule shall apply**: Jury Selection will be held on October 13, 2026 at 1:30 p.m. at the Missouri River Federal Courthouse, Great Falls, Montana. The final pretrial conference is rescheduled for October 13, 2026 at 1:00 p.m. at the Missouri River Federal Courthouse, Great Falls, Montana. The jury trial is rescheduled for October 14, 2026 at 9:00 a.m. at the Missouri River Federal Courthouse, Great Falls, Montana**. The motions deadline is **September 14, 2026.** The plea agreement/notice of intent to proceed to trial deadline is **September 30, 2026.** Expert reports are due on or before **October 2, 2026.** The JERS disc, Jury Instructions and Trial Briefs are due by **October 7, 2026.**

**All time between the date of this Order and October 13, 2026 shall be excluded for purposes of speedy trial.**

DATED this 18th day of September 2026.

Brian Morris, Chief District Judge
United States District Courts